IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Adrian T. Eaglin, | ) | C/A No. 0:14-4003-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| McCall, *Sergeant*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Adrian T. Eaglin, a self-represented state prisoner, filed this action pursuant to 42 U.S.C. § 1983. The defendants previously moved for summary judgment as to all of Eaglin's claims. The court granted the motion in part and the sole claim remaining in this matter is Eaglin's Eighth Amendment claim against Defendant Ryan McCall relating to decontamination following a macing incident that occurred on July 22, 2013. This matter has been recommitted to the assigned magistrate judge for the following limited purposes:

> (i) to seek written Consent from all parties to conduct all proceedings in this matter, including trial, before the Magistrate Judge; (ii) as the next stage in this matter, absent settlement, is trial, to enter a Scheduling Order in the above-captioned action; and (iii) to appoint counsel to represent the Plaintiff should the case proceed to trial pursuant to the District Court process relating to payment of costs and expenses.

(Order filed March 31, 2016, ECF No. 145 at 5.)

In light of that Order, Howard W. Anderson, III is hereby appointed as counsel for Eaglin on a *pro bono* basis effective April 6, 2016. Further, the Clerk of Court is directed to send all remaining parties a Notice of Availability of United States Magistrate Judge for their consideration. If the parties consent to the magistrate judge's conducting all remaining proceedings in this matter, they

shall complete the form and file it on or before **April 20, 2016**.  Finally, contemporaneous with this Order, a Second Amended Scheduling Order shall issue.

    **IT IS SO ORDERED.**

                                                                            Paige J. Gossett
                                                                            UNITED STATES MAGISTRATE JUDGE

April 6, 2016
Columbia, South Carolina