IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Adrian T. Eaglin, | ) | C/A No. 0:14-cv-4003-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| McCall, Sergeant, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The South Carolina Department of Corrections is respectfully ordered to transport Plaintiff Adrian Eaglin (Inmate No. 265338, Kirkland Correctional Institution) and material witnesses Ronald Jacobs (Inmate No. 226988, McCormick Correctional Institution), Byron Spivey (Inmate No. 316537, Lieber Correctional Institution), and James Gunnells (Inmate No. 305475, Broad River Correctional Institution) to the G. Ross Anderson, Jr. Courthouse located at 315 S. McDuffie St., in Anderson, South Carolina, on Monday, August 1, 2016 through Tuesday, August 2, 2016 by 9:00 a.m. each day, for the purpose of trying this case to a jury. If the trial is not concluded by Tuesday, August 2, 2016, the South Carolina Department of Corrections is respectfully requested to produce these witnesses by 9:00 a.m. each day until the trial concludes.

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

July 20, 2016
Columbia, South Carolina