IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Adrian T. Eaglin, | ) | C/A No. 0:14-4003-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| McCall, *Sergeant*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff Adrian T. Eaglin's motion for the issuance and service of subpoenas for witnesses to appear and testify at Eaglin's jury trial. (ECF No. 183.) Specifically, he requests that, pursuant to Fed. R. Civ. Pro. 45(a)(3), the Clerk of Court issue the three subpoenas attached to his motion for the inmate witnesses. He further requests that the United States Marshal be directed to serve the subpoenas on the witnesses pursuant to 28 U.S.C. § 1915(d) upon arrival of the prisoners at the federal courthouse following transport by the South Carolina Department of Corrections. Eaglin represents that the defendant does not object to this motion.

Accordingly, it is hereby

**ORDERED** that the Clerk of Court issue the subpoenas addressed to Ronald Jacobs (SCDC#00226988), James Gunnells (SCDC#00305475), and Byron Spivey (SCDC#316537), and forward copies of this order and the subpoenas to the United States Marshal for service of process. The United States Marshal shall serve the subpoenas on the named individuals pursuant to 28 U.S.C. § 1915(d).

**IT IS SO ORDERED.**

July 27, 2016
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE